UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EDWIN RAFAEL HERNANDEZ PENA,

                              Plaintiff,                    **ORDER**

              -against-                                23 Civ. 6720 (NSR)(JCM)

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-------------------------------------------------------------X

        On February 12, 2024, the Commissioner of Social Security ("Commissioner") filed a Brief in Opposition to Plaintiff's Request for Review of a Social Security Decision Under 42 U.S.C. § 405(g). (Docket No. 16). Pursuant Court's Standing Order, (Docket No. 3), the Plaintiff's reply was due within 14 days of the Commissioner's brief. As of today, no reply has been filed. If the Plaintiff does not submit a reply by April 8, 2024, the Court will deem this matter fully submitted.

Dated:  March 25, 2024
           White Plains, New York

                                                              **SO ORDERED:**

                                                              _____
                                                              JUDITH C. McCARTHY
                                                              United States Magistrate Judge