**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EDWIN RAFAEL HERNANDEZ PENA ,

                Plaintiff,                      23 **CIVIL** 6720 (NSR)(JCM)

       -v-                        **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated September 30, 2024, the Court adopts MJ McCarthy's R & R in its entirety. In accordance with the R & R, Plaintiff's complaint is deemed Dismissed. Accordingly, the case is closed.

**Dated:**  New York, New York

      September 30, 2024

                                  **DANIEL ORTIZ**
                             **Acting Clerk of Court**

                **BY:**

                                  **Deputy Clerk**